# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| RODNEY HAGOOD, | ) |
| Plaintiff, | ) |
| v. | ) Case no. 5:14-cv-773-SLB-JEO |
| MORGAN COUNTY ALABAMA, | ) |
| Defendant. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 10, 2014, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted, or seeking monetary relief from defendants who are immune. (Doc. 8). The magistrate judge further recommended this court decline to exercise supplemental jurisdiction over the plaintiff's state law claims. (*Id.*) The plaintiff filed objections to the report and recommendation on November 18, 2014. (Doc. 9).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is

1

due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted, or seeking monetary relief from defendants who are immune. Supplemental jurisdiction over the plaintiff's state law claims is due to be declined. A Final Judgment will be entered.

**DATED** this 23rd day of December, 2014.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE